1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

HYRDOBEE, SPC., a Washington
corporation,

No. 2:20-cv-1332

10

Plaintiff,

11

KING COUNT SUPERIOR COURT CAUSE
NO.  20-2-12717-5 SEA

vs.

12

CITY OF SEATTLE,

NOTICE OF REMOVAL TO FEDERAL
COURT UNDER 28 U.S.C. § 1441

13

Defendant.

14

15

16

TO:    THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF
        WASHINGTON, AT SEATTLE:

17

18

Defendant City of Seattle hereby gives notice that it is removing this case to the United States

District Court for the Western District of Washington on the grounds set forth below.

19

20

1.      On August 18, 2020, this action was filed by plaintiff against defendant City of

Seattle in King County Superior Court under Cause No. 20-2-12717-5 SEA (*See* Complaint attached

21

to the Verification of State Court Records as Ex. 1).

22

23

2.      The matter was assigned to The Honorable Douglass A. North, and the Court issued

an Order Setting Civil Case Schedule (attached as Ex. 2 to the Verification of State Court Records).

NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §
1441 - 1
2:20-cv-1332

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

4.    Plaintiff filed a Summons directed to defendant City of Seattle, attached as Exhibit 3 to the Verification of State Court Records.

6.    A copy of the King County Superior Court docket is attached as Exhibit 4 to the Verification of State Court Records.

7.    Upon information and belief, there have been no further proceedings in this action.

8.    It appears that within the Complaint, Plaintiff alleges a Constitutional claim for a civil rights violations under 42 U.S.C. § 1982, specifically, that the City of Seattle made unauthorized entry to Plaintiff's commercial rental space and removed personal property. Plaintiff also alleges state law claims of conversion, trespass and breach of contract.  Further, Plaintiff demands judgment against defendant City of Seattle for costs and attorney's fees, which may be unavailable to it in the Superior Court of the State of Washington but are available when proceeding under 42 U.S.C. § 1982.

9.    A claim for a violation of 42 U.S.C. § 1982 arises under and is controlled by the laws and the Constitution of the United States and therefore falls within the original jurisdiction of the United States District Court.  *See* 28 U.S.C. §§ 1331, 1343 and 1441(a).  The entire case may thus be removed to the United States District Court for determination of all issues.  *See* 28 U.S.C. § 1441(c) and 28 U.S.C. § 1446.

10.    Defendant City has filed this Notice of Removal within thirty (30) days after receipt, through service or otherwise, of a copy of plaintiff's Complaint.  *See* 28 U.S.C. § 1446(b).

12.    Intradistrict Assignment: Pursuant to Local Rule 101(e), defendant City notes that it is removing this case to the Western District of Washington, Seattle Division, because the events complained of occurred in King County.

NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §
1441 - 2
2:20-cv-1332

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

13.     This Court is the district court of the United States for the district and division embracing the place where the state court action is currently pending.  *See* 28 U.S.C. § 1441(a).

WHEREFORE, defendant City hereby gives notice that the civil action in King County Superior Court, State of Washington has been removed from that Court to the United States District Court for the Western District of Washington at Seattle.

DATED this 8th day of September, 2020.

PETER S. HOLMES
Seattle City Attorney


By:     */s/ Tara Gillespie*_____
          Tara Gillespie, WSBA# 38610
          Assistant City Attorneys
          E-mail:  Tara.Gillespie@seattle.gov

          Seattle City Attorney's Office
          701 Fifth Avenue, Suite 2050
          Seattle, WA 98104
          Phone:  (206) 684-8200

          *Attorneys for Defendant City of Seattle*

NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §
1441 - 3
2:20-cv-1332

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Isaac Ruis, WSBA #35237
Katheryn Knudsen, WSBA #41075
RUIZ & SMART
95 S. Jackson Street, Ste. 100
Seattle, WA 98104
Phone: (206) 203-9100
iruiz@plaintifflit.com
kknudsen@plaintifflit.com


*s/ Daviana Kadiyan*
Daviana Kadiyan, Legal Assistant

NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §
1441 - 4
2:20-cv-1332

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200