Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HYRDOBEE, SPC., a Washington corporation,<br><br>     Plaintiff,<br><br>  vs.<br><br>CITY OF SEATTLE,<br><br>     Defendant. | No. 2:20-cv-01332-BJR<br><br>ORDER RE STIPULATION TO EXTEND CERTAIN DEADLINES |

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED:

The following deadlines have been extended:

| Case Event | Current Deadline | **New Deadline** |
|---|---|---|
| Reports from expert witnesses under FRCP 2(a)(2) due | 4/12/2021 | **6/14/2021** |
| Discovery completed by | 5/12/2021 | **7/14/2021** |
| All dispositive motions must be filed by | 6/11/2021 | **8/13/2021** |

Good cause exists for extending the case schedule deadlines.  This is a damages case that involves production of voluminous or complex documents and tangible items.  Pursuant to Local Rule 7(j), counsel for the parties have conferred regarding the relief sought in this motion.  No other dates listed in the Order Setting Civil Case Schedule dated November 20, 2020 will change.

ORDER RE STIPULATION TO EXTEND CERTAIN DEADLINES
  (2:20-cv-01332-BJR) - Page 1

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1   No party will assert these changes to the case schedule as a basis for a continuance of the

2   established trial date. However, the parties do not waive their right to seek a further continuance

3   of this deadline as well as other deadlines and/or the trial date on alternate grounds.

4            DATED: 4/1/2021

5

6

7   Barbara   Jacobs   Rothstein
    U.S. District Court Judge

8

9

10  Submitted by:

11  PETER S. HOLMES

12  *s/ Tara Gillespie*
    Tara Gillespie, WSBA #38610
13  Counsel for Defendant City of Seattle

14  With Approval:

15  *s/ Kathryn Knudsen*
    Isaac Ruiz, WSBA #35237
16  Kathryn Knudsen, WSBA #41075
    Attorneys for Plaintiff

17

18

19

20

21

22

23

ORDER RE STIPULATION TO EXTEND CERTAIN DEADLINES
 (2:20-cv-01332-BJR) - Page 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200