Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HYDROBEE, SPC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No. 2:20-cv-01332-BJR<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND CERTAIN PRE-TRIAL DEADLINES |

## I.   STIPULATION

The parties in this matter stipulate and agree to move the court for an Order continuing the trial date and certain pre-trial deadlines for an additional three months. The parties need additional time to facilitate mediation, which is in the process of being scheduled for late July 2021. The parties do not anticipate a need for another trial continuance. The parties propose a trial date of February 7, 2022, with the amended pre-trial deadlines as follows:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Reports from expert witness Under FRCP 2(a)(2) due | June 14, 2021 | September 13, 2021 |
| Discovery completed by | July 14, 2021 | October 12, 2021 |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND CERTAIN PRE-TRIAL DEADLINES
(No. 2:20-cv-01332-BJR) - 1

**Ruiz & Smart PLLC**
1200 Fifth Ave., Suite 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| All dispositive motions must be filed by | August 13, 2021 | November 11, 2021 |
|---|---|---|
| All motions *in limine* must be filed by | October 4, 2021 | January 3, 2022 |
| Joint Pretrial Statement | October 12, 2021 | January 10, 2022 |
| Pretrial conference | October 25, 2021 | January 24, 2022 |
| JURY TRIAL DATE | November 8, 2021 | February 7, 2022 |

RESPECTFULLY SUBMITTED May 25, 2021.

**RUIZ & SMART PLLC**

By: s/*Kathryn Knudsen*
Isaac Ruiz, WSBA #35237
iruiz@ruizandsmart.com
Kathryn Knudsen, WSBA #41075
kknudsen@ruizandsmart.com

*Counsel for Hydrobee, SPC.*

**CITY OF SEATTLE**

By: s/*Tara Gillespie*
Tara Gillespie, WSBA# 38610
Assistant City Attorney
E-mail: Tara.Gillespie@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendant City of Seattle*

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND CERTAIN
PRE-TRIAL DEADLINES
(No. 2:20-cv-01332-BJR) - 2

**RUIZ & SMART PLLC**
1200 Fifth Ave., Suite 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

# ORDER

Pursuant to the foregoing stipulation of the parties, the Court directs the Clerk to enter a minute order reflecting the amended trial date and amended pre-trial dates in accordance with the above table.

IT IS SO ORDERED

Dated this 6th day of June, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL DATE AND CERTAIN
PRE-TRIAL DEADLINES
(No. 2:20-cv-01332-BJR) - 3

RUIZ & SMART PLLC
1200 Fifth Ave., Suite 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702