Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HYDROBEE, SPC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>　　　　　Defendant. | No. 2:20-cv-01332-BJR<br><br>NOTICE OF SETTLEMENT |

PLEASE TAKE NOTICE, pursuant to W.D.Wash. LCR 11(b), counsel for the parties in the above-captioned action hereby notify the Court that the parties have reached an agreement to resolve the within lawsuit.

The parties are in the process of finalizing their settlement and anticipate stipulating to the dismissal of this action once the settlement is final.

RESPECTFULLY SUBMITTED November 18, 2021.

**RUIZ & SMART PLLC**

By: *s/Kathryn Knudsen*
Isaac Ruiz, WSBA #35237
iruiz@ruizandsmart.com
Kathryn Knudsen, WSBA #41075
kknudsen@ruizandsmart.com

***Counsel for Hydrobee, SPC.***

NOTICE OF SETTLEMENT
(No. 2:20-cv-01332-BJR) - 1

RUIZ & SMART PLLC
1200 Fifth Ave., Suite 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

**CITY OF SEATTLE**

By: s/*Tara Gillespie*
 Tara Gillespie, WSBA# 38610
 Assistant City Attorney
 E-mail: Tara.Gillespie@seattle.gov

 Seattle City Attorney's Office
 701 Fifth Avenue, Suite 2050
 Seattle, WA 98104
 Phone: (206) 684-8200

*Attorneys for Defendant City of Seattle*

NOTICE OF SETTLEMENT
(No. 2:20-cv-01332-BJR) - 2

R UIZ & S MART PLLC
1200 Fifth Ave., Suite 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702