Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HYDROBEE, SPC., a Washington corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF SEATTLE,<br><br>            Defendant. | No.   2:20-CV-01332-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

IT IS HEREBY STIPULATED between Plaintiff, HYDROBEE, SPC, a Washington corporation, and Defendant, CITY OF SEATTLE, that this matter has been fully settled and compromised, and, may, therefore, be dismissed, as between the HYDROBEE, SPC and the CITY OF SEATTLE, with prejudice and without costs or attorneys' fees to either party.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(USDC CASE #: 2:20-CV-01332-BJR) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

RESPECTFULLY SUBMITTED this 3rd day of December, 2021.

| | |
|---|---|
| | ***Attorneys for Plaintiff:*** <br><br> **RUIZ & SMART, PLLC** <br><br><br> By: /s/Kathryn Knudsen<br>    Isaac Ruiz, WSBA #35237<br>    Kathryn Knudsen, WSBA #41075<br>    1200 Fifth Avenue, Suite 1220<br>    Seattle, WA  98101<br>    iruiz@plaintifflit.com;<br>    kknudsen@plaintifflit.com; |
| | ***Attorney for Defendant City of Seattle*** <br><br> PETER S. HOLMES<br>Seattle City Attorney <br><br> By:   /s/Tara Gillespie<br>    Tara Gillespie, WSBA# 38610<br>    Assistant City Attorney<br>    E-mail: Tara.Gillespie@seattle.gov <br><br> Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA  98104 |

//
//
//
//
//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(USDC CASE #: 2:20-CV-01332-BJR) - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**ORDER**

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and it appearing to the court that this matter has been fully settled and compromised as between the Plaintiff, HYDROBEE, SPC and Defendant, CITY OF SEATTLE and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

**The Clerk is directed to strike the Jury Trial Date previously scheduled for February 8, 2022. Further, all pending deadlines previously listed on the parties' Stipulated Motion and Order to Continue Trial Date and Certain Pre-Trial Deadlines (Docket 21) are hereby stricken.**

DATED this 13th day of December, 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge

| Presented by: | Copy Received; Approved For Entry; Notice of Presentation Waived: |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney | **RUIZ & SMART, PLLC** |
| By: /s/Tara Gillespie<br>   Tara Gillespie, WSBA# 38610<br>   Assistant City Attorney<br>   *Attorney for Defendant City of Seattle* | By: /s/Kathryn Knudsen<br>   Isaac Ruiz, WSBA #35237<br>   Kathryn Knudsen, WSBA #41075<br>   iruiz@plaintifflit.com;<br>   kknudsen@plaintifflit.com; |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(USDC CASE #: 2:20-CV-01332-BJR) - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200